**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7326

HENRY W. MARTIN, JR.,

Plaintiff – Appellant,

v.

WILLIAM R. BYARS, JR., Director; DR. MOORE, Director of
Medical Services; DR. T. BYRNE, ACI; DR. G. AMONITTI, LCI;
NURSE DERRICK, ACI Health Care Authority; WAYNE C. MCCABE,
Warden LCI; LISA HOPOLOMBER, Nurse Practice Lieber
Correction Institution; JOSEPH MCFADDEN, Associate Warden
Lieber Correction Institution; LUCLNECIA BRYANT, Mail Room
Assistant Lieber Correction Institution; ROSE MONTEE,
Business Office Lieber Correction Institution; CPL. T.
SIMPSON, Allendale Correctional Institution; CPL. MELVIN
DRAYTON, Allendale Correctional Institution; ELIZABETH
HOLCOMB, Nurse Praction Lieber Correction Institution; STAR
CONNELLY, Nurse Practice Lieber Correction Institution;
SYLNA JONES, Mail Room Supervisory Lieber Correction
Institution,

Defendants – Appellees,

and

JAMIE R. WRESSEY, RN Health Care Authority SC Dept of
Corrections; DANIEL MURPHY, Department of Corrections
Division Inspection SCDC; ALTHEA B. MYERS, Chief Deputy
Office of the Investigation & Enforcement; CHATHERINE
TEMPLETON, Director LLR; NANCY MURPHY, Administrative Board
of Nursing; DAVID M. TATARSKY, DOC Office of General
Counsel; ANN HALLMAN, DOC Branch Chief Inmate Grievance
Branch; BRANCH CHIEF, Inmate Grievance Branch; BLAKE
TAYLOR, DOC Compliance Standard and Inspections; LESIA
KUDELKA, LLR Communications Director; MARK DORMAN, LLR OIE
Assistance Deputy Director; ASSISTANCE DEPUTY DIRECTOR;
MARK SANDERS, Investigator LLR OIE; JOHN R. PATE, Warden
Allendale Correction Institution; AUTHUR A. JORDAM, JR.,

Associate Warden; MCKENNDLY NEWTON, Associate Warden Allendale Correction Institution; E. GRIMES, Capital Allendale Correction Institution; DR. JONI STANFORD, SC Dept of Correction Physician; L. NEWSOM, Nurse RN Lieber Correction Institution; DR. ROWLAND CRAFTS, SC Department of Corrections; GREGORY S. LINE, Director of Claims; ELLEN GOODWIN, SC State Accident Fund; RUSSELL RUSH, SC Department of Corrections; JIM CROSBY, SC Department of Corrections; SUSAN S. BARDEN, SC Workers Compensation; VIRGINIA CROCKER, Judicial Director; CHRISTOPHER D. FLORIAN, Staff Attorney; DR. MARSHA KOLLER, Director of Health Service; CAPTAIN STANLEY CLARK, Lieber Correction Institution; SGT. ROBERT MINCELY, Lieber Correction Institution; CPL. EARL BARRETT, Lieber Correctional Institution; MAJOR THIERRY NETTLER, Lieber Correction Institution; ASSOCIATE WARDEN FRED R. THOMPSON; DAGLES WESTELY, III, Kirkland Librarian; PATICIRA COOK, Classification Case Work; CHARLOTTE SMITH, Claims Adjuster; CAROLYN TYSON, Nurse RN Lieber Correction Institution,

Defendants.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville. Cameron McGowan Currie, District Judge. (6:12-cv-01089-CMC)

———————————

Submitted: October 22, 2013     Decided: October 25, 2013

———————————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry W. Martin, Jr., Appellant Pro Se. Michael Charles Tanner, MICHAEL C. TANNER LAW OFFICE, Bamberg, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Byars, No. 6:12-01089-CMC (D.S.C. July 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED